# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1024
_____

United States of America

*Plaintiff - Appellee*

v.

Dmontrey Rayshawn Redmond, also known as Leafo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: June 8, 2022
Filed: June 13, 2022
[Unpublished]
_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Dmontrey Redmond received a 120-month prison sentence after he pleaded guilty to being a felon in possession of a firearm. *See* 18 U.S.C. § 922(g)(1). In an *Anders* brief, Redmond's counsel suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967). A pro se supplemental brief claims that trial counsel was ineffective.

We conclude that the sentence is reasonable. The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). The ineffective-assistance-of-counsel claim, meanwhile, will have to await collateral review. *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 826–27 (8th Cir. 2006) (explaining that this type of claim is "usually best litigated in collateral proceedings").

Finally, we have independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

———————————————

---

[1]The Honorable C.J. Williams, United States District Court Judge for the Northern District of Iowa.